IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RAYMOND REYNOLDS,**

    **Petitioner,**

v.                                                    Case No. 4:23-cv-130-AW-ZCB

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Raymond Reynolds seeks § 2254 relief many years after the one-year deadline passed. The Secretary moved to dismiss the petition as untimely, and Reynolds did not respond. The magistrate judge now recommends granting the motion and dismissing the petition. ECF No. 16. There has been no objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 14) is GRANTED. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on January 2, 2024.

                                                              s/ *Allen Winsor*
                                                              United States District Judge